

# In the Missouri Court of Appeals
# Eastern District

JULY 21, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED101229    CHARTER COMM APP V SATMAP, ET AL., RES

2.  ED101781 IN THE INTEREST OF:  E.L.B

3.  ED101960 ANTONIO GREEN, APP V STATE OF MISSOURI, RES

4.  ED102071 MILDRED E. AKINS, RES V MARIAN PRIESS, APP

5.  ED102181 MARSHALL EGSON, RES V STATE OF MISSOURI, APP